Argued and submitted December 21, 1990, conviction affirmed; remanded for
resentencing January 23, 1991

## STATE OF OREGON,
*Respondent,*

*v.*

## NANCY CAROLYN SMITH,
*Appellant.*

### (89C-20328; CA A62044)

803 P2d 784

Sally L. Avera, Public Defender, Salem, argued the cause for appellant. With her on the brief was Gary D. Babcock, Salem.

Janet A. Klapstein, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

**PER CURIAM**

Defendant was convicted of theft in the first degree for receiving stolen property. ORS 164.055. As part of her sentence, restitution was ordered. The restitution included $200 that the state concedes should not have been imposed, because it was for damage to the building from which the stolen goods were taken before defendant became involved. We accept the concession.

We affirm defendant's conviction and remand for resentencing, with instructions to reduce restitution by $200.

Conviction affirmed; remanded for resentencing not inconsistent with this opinion.